# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|   |   |
|---|---|
| In Re | ) |
| Kyle David Treadway and Alivia Nadine Treadway, | ) Case Number 19-13484 |
| Debtor | ) Chapter 7 |
|   | ) |

**COVER SHEET**

COMES NOW Luke Homen of Luke Homen Law, PLLC, and files the attached document on behalf of his client, Kyle David Treadway and Alivia Nadine Treadway.

Luke Homen Law, PLLC
Attorney for Kyle David Treadway and Alivia Nadine Treadway

By:        /s/ *Luke Homen*
    Luke Homen
    OK Bar #32243
    10313 Greenbriar Parkway
    Oklahoma City, Oklahoma 73159
    phone: (405) 639-2099
    fax: (405) 252-1654
    luke@lukehomenlaw.com

**Fill in this information to identify your case:**

Debtor 1: **Kyle David Treadway**
First Name   Middle Name   Last Name

Debtor 2: **Alivia Nadine Treadway**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known): 19-13484

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................... $ 87,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B.......................................... $ 25,795.00

   1c. Copy line 63, Total of all property on Schedule A/B.................................................... $ 112,795.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 101,745.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............. $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ 120,668.29

   **Your total liabilities**  $ 222,413.29

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................. $ 4,047.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................... $ 3,880.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1 **Treadway, Kyle David & Treadway, Alivia**
Debtor 2 **Nadine**

Case number *(if known)* **19-13484**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ **5,117.22**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 2 of 2

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1   **Kyle David Treadway**
           First Name   Middle Name   Last Name

Debtor 2   **Alivia Nadine Treadway**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number   19-13484
(if known)

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| 4.1 | **Integris Medical Group**   Last 4 digits of account number _____ | $0.00 |
|  | Nonpriority Creditor's Name |  |
|  | **PO Box 14000** |  |
|  | **Belfast, ME 04915-4033**   When was the debt incurred? _____ |  |
|  | Number Street City State Zip Code |  |
|  | Who incurred the debt? Check one.   As of the date you file, the claim is: Check all that apply |  |
|  | ☐ Debtor 1 only   ☐ Contingent |  |
|  | ☐ Debtor 2 only   ☐ Unliquidated |  |
|  | ■ Debtor 1 and Debtor 2 only   ☐ Disputed |  |
|  | ☐ At least one of the debtors and another   Type of NONPRIORITY unsecured claim: |  |
|  | ☐ Check if this claim is for a community debt   ☐ Student loans |  |
|  | Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |  |
|  | ■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts |  |
|  | ☐ Yes   ■ Other. Specify _____ |  |

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | Treadway, Kyle David & Treadway, Alivia Nadine | Case number (if known) | 19-13484 |

### 4.2 OKC Kids Urology
Nonpriority Creditor's Name

**9900 Broadway Ext Ste 100**
**Oklahoma City, OK 73114-6323**
Number Street City State Zip Code

**Last 4 digits of account number** _____    **$730.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### 4.3 Pediatrix Medical Group Inc.
Nonpriority Creditor's Name

**PO Box 88087**
**Chicago, IL 60680-1087**
Number Street City State Zip Code

**Last 4 digits of account number** _____    **$360.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### 4.4 Shawnaree L Lee, DO
Nonpriority Creditor's Name

**3433 NW 56th St Ste 210-B**
**Oklahoma City, OK 73112-4455**
Number Street City State Zip Code

**Last 4 digits of account number** _____    **$450.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### Part 3:  List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1  
Debtor 2 **Treadway, Kyle David & Treadway, Alivia Nadine**   Case number (if known) **19-13484**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Integris**<br>**PO BOX 2588777**<br>**Oklahoma City, OK 73101** | Line **4.24** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|     |                                                                                          |     | Total Claim |
|-----|------------------------------------------------------------------------------------------|-----|-------------|
| 6a. | **Domestic support obligations**                                                         | 6a. | $ 0.00      |
| 6b. | **Taxes and certain other debts you owe the government**                                 | 6b. | $ 0.00      |
| 6c. | **Claims for death or personal injury while you were intoxicated**                       | 6c. | $ 0.00      |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here.              | 6d. | $ 0.00      |
| 6e. | **Total Priority.** Add lines 6a through 6d.                                             | 6e. | $ 0.00      |

**Total claims from Part 2**

|     |                                                                                                              |     | Total Claim |
|-----|--------------------------------------------------------------------------------------------------------------|-----|-------------|
| 6f. | **Student loans**                                                                                            | 6f. | $ 0.00      |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00      |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts**                                        | 6h. | $ 0.00      |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here.                               | 6i. | $ 1,540.00  |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i.                                                              | 6j. | $ 1,540.00  |

**Fill in this information to identify your case:**

Debtor 1: **Kyle David Treadway**
First Name   Middle Name   Last Name

Debtor 2: **Alivia Nadine Treadway**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number: **19-13484**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Kyle David Treadway**            X **/s/ Alivia Nadine Treadway**
**Kyle David Treadway**                    **Alivia Nadine Treadway**
Signature of Debtor 1                      Signature of Debtor 2

Date **December 2, 2019**                 Date **December 2, 2019**

**Fill in this information to identify your case:**

Debtor 1: **Kyle David Treadway**
First Name   Middle Name   Last Name

Debtor 2: **Alivia Nadine Treadway**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known): **19-13484**

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Communication Fcu**<br><br>Description of property securing debt: **217 S Telephone Rd, Moore, OK 73160-4934** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Nationstar/mr Cooper**<br><br>Description of property securing debt: **217 S Telephone Rd, Moore, OK 73160-4934** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 1

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Debtor 1 | | | |
|---|---|---|---|
| Debtor 2 | Treadway, Kyle David & Treadway, Alivia Nadine | Case number *(if known)* | 19-13484 |

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

Lessor's name:  
Description of leased Property:  
☐ No  
☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Kyle David Treadway**  
**Kyle David Treadway**  
Signature of Debtor 1

Date   **December  2, 2019**

X  **/s/ Alivia Nadine Treadway**  
**Alivia Nadine Treadway**  
Signature of Debtor 2

Date   **December  2, 2019**

Case: 19-13484   Doc: 18   Filed: 12/02/19   Page: 10 of 12

```
Integris
PO BOX 2588777
Oklahoma City, OK  73101


Integris Medical Group
PO Box 14000
Belfast, ME  04915-4033


OKC Kids Urology
9900 Broadway Ext Ste 100
Oklahoma City, OK  73114-6323


Pediatrix Medical Group Inc.
PO Box 88087
Chicago, IL  60680-1087


Shawnaree L Lee, DO
3433 NW 56th St Ste 210-B
Oklahoma City, OK  73112-4455
```

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2019, I electronically transmitted this document, filed on December 2, 2019, to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit the Amended Schedules to all ECF registrants, to include the following:

Office of the AUST            John Mashburn
                              Chapter 7 Trustee

Pursuant to Bankruptcy Rule 1009, I certify that on December 2, 2019, a true and correct copy of this document, the Official Form 309A: Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline and Order of Discharge, was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below and upon those parties in interest as listed on the following attached page(s):

_____/s/ Luke Homen_____
 Luke A. Homen, OBA# 32243
Luke Homen Law, PLLC
10313 Greenbriar Parkway
Oklahoma City, Oklahoma 73159
luke@lukehomenlaw.com
phone: (405) 639-2099
fax: (405) 252-1654

Case: 19-13484    Doc: 18    Filed: 12/02/19    Page: 12 of 12

```
Integris
PO BOX 2588777
Oklahoma City, OK  73101


Integris Medical Group
PO Box 14000
Belfast, ME  04915-4033


OKC Kids Urology
9900 Broadway Ext Ste 100
Oklahoma City, OK  73114-6323


Pediatrix Medical Group Inc.
PO Box 88087
Chicago, IL  60680-1087


Shawnaree L Lee, DO
3433 NW 56th St Ste 210-B
Oklahoma City, OK  73112-4455
```